AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| L&R USA INC. </br></br> Plaintiff(s) </br> v. </br></br> CRAWFORD HEALTHCARE, INC. </br></br> Defendant(s) | Civil Action No. 17-1242 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Crawford Healthcare, Inc.
c/o Cogency Global Inc.
850 New Burton Road
Suite 201
Dover, DE  19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 3 1 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-1242

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Crawford Healthcare, Inc.__
was received by me on *(date)* __August 31, 2017__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Shadasia Bell__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Crawford Healthcare Inc__
c/o Cogency Global 850 NewBurton Rd, Ste 201 on *(date)* __8/31/17 At 1:00 pm__ ; or
Dover, DE 19901

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __8/31/17__

_____
Server's signature

__Sean Baykovich - Special Process Server__
Printed name and title

Parcels Inc
1111 B S. Governors Ave
Dover, DE 19901

Server's address

Additional information regarding attempted service, etc: