IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L&R USA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1242 (RGA) |
| | ) |
| CRAWFORD HEALTHCARE INC., | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER TO SHOW CAUSE

This matter having been opened to the Court on the application of Plaintiff L&R USA Inc. ("L&R") for an Order to Show Cause why its pending Motion for Preliminary Injunction (D.I. 5) filed August 31, 2017 should not be granted; and it appearing that Defendant Crawford Healthcare Inc. ("Crawford") is a Delaware corporation and was served in this district with a summons on August 31, 2017; and it further appearing that Crawford was served with Plaintiff's Motion for Preliminary Injunction on September 1, 2017; and it further appearing that Crawford has not filed any response to L&R's Motion for Preliminary Injunction or requested any extension of time in which to respond to the motion, it is hereby;

ORDERED that the Court will enter on September 27, 2017 L&R's proposed form of Order Granting Preliminary Injunction (attachment to D.I. 5) if Crawford does not appear in this action and file an opposition to L&R's Motion for Preliminary Injunction before that date; and it is further

ORDERED that L&R shall serve a copy of this Order on Crawford by hand no later than September 19, 2017.

DONE and ORDERED this 18 day of September, 2017.

*[signature: Richard G. Andrews]*

UNITED STATES DISTRICT JUDGE

11293827